# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 21-56295

**Case Name** | Moving Oxnard Forward, Inc. v. Ascension

**Counsel submitting this form** | Chad D. Morgan

**Represented party/ parties** | Moving Oxnard Forward, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

First Amendment challenge to municipal campaign contribution and gift limits.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

Summary judgment was granted in favor of Defendant City Clerk.

Level of scrutiny applied to campaign contribution limits and whether the Defendants evidence on summary judgment sufficiently satisfied that burden.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** /s     **Date** December 1, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *2*     *Rev. 12/01/2018*