# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 14. Motion for Extension of Time

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** | 21-56295

**Case Name** | Moving Oxnard Forward, Inc. v. Michelle Ascension, et a

Requesting Party Name(s) | Moving Oxnard Forward, Inc.

I am:　○ The party requesting the extension.
　　　　◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you **must** describe the document*)
　　_____

The requested new due date is: | May 11, 2022

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

See attacheed

**Signature** | s/Chad Morgan　　**Date** | April 6, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

> ## Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ○ I have **NOT** filed a previous request to extend time to file the document.

- ○ I have previously requested an extension of time to file the document.

This motion is my [            ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

- ○ The defendant is incarcerated. The projected release date is: [            ].

- ○ The petitioner is detained.

- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [            ]  **Date** [            ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                    2                    *New 12/01/2018*

> **Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
> *Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | Opening | brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: | April 11, 2022 |

3. The brief's first due date was: | March 10, 2022 |

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See attached

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   See attached

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/Chad Morgan | **Date** | April 6, 2022 |

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**  3  *New 12/01/2018*

## ATTACHMENT TO MOTION FOR EXTENSION OF TIME

My name is Chad Morgan. I am counsel for Appellant Aaron Starr in this matter. I make this declaration of facts within my personal knowledge and could competently testify to them if called to do so. I make this declaration in support of Appellant's motion for an extension of time.

The condensed version of this request is that I have been overextended due largely to constantly evolving personal challenges. Since 2019, I have been going through an often-contentious divorce. In what is now approaching three years, there have been a few significant turning points for me that have been particularly difficult. The most recent of these is that I have now found myself in the unexpected situation of having to pursue orders for full custody of my children, who have been with me on a fulltime basis for approximately six weeks. There was a prior instance where the kids were with me fulltime last year, but until recently, I had been hopeful that their mother and I would be able to maintain the 50/50 split that had been in place.

My work schedule was somewhat dependent upon this arrangement. For example, because the kids attend schools closer to their mom's house, the three trips to/from school each day take 90 minutes or more, which cuts into my work time. Before, I would be able to make up for it during the weeks they were with mom. As it becomes clear that this is going to become permanent for me, I'm adjusting accordingly. However, the impact of those adjustments are not immediate when pending deadlines are sent months in advance.

The changes I've described came about during a particularly busy time for me. I had multiple deadlines, all coming up at the same time. In hindsight, I should have filed this motion last month and asked for 60 days instead of the streamlined request for 30 that I filed, but I was hopeful at the time that I might be able to squeeze this in. In triaging my workflow, Appellant's opening brief was not ignored because it was unimportant. To the contrary, compared to many of my routine matters, it needed more energy than I was able to provide during that time because I was not only busy but also mentally drained.

I expect circumstances to change for the better because one of the more difficult aspects of the past few weeks has been the uncertainty of my personal situation. I wasn't sure whether

MOTION FOR WRIT OF MANDATE

pursuing full custody was the correct choice. My kids, ages 14 and 15, were struggling with related questions. But when things got bad enough that there was only one option, the best course of action started to reveal itself. It is not our preferred option, but we have a plan, and that has eased everyone's burden. I know there will still be some issues for us to face, but I think the next few months will be easier than the last. I feel like this will continue our patter of two steps forward, one step back.

Professionally, the next six weeks look different for me because I have been avoiding new commitments and pushing others further into the future. Compared to the past six weeks, the next six weeks should be comparatively quiet (at least on a professional level). Looking at the next few weeks, I think a 30-day extension is reasonable. Indeed, this would be my best opportunity to get this done because I have other deadlines coming up in mid-May. Furthermore, I understand that, based on these representations, the Court would not look favorably upon another continuance request. I do not anticipate additional extensions.

I have not discussed this motion with Appellee's counsel because there is insufficient time to do so. I doubt they will oppose it, and if they do, I don't see how they might be prejudiced by it. I also understand that that I'm within seven days of the due date. I had other deadlines earlier this week that are behind me. In some cases, my work was pushed late into the evening after family obligations were completed in order to meet them. That is why I did not file this motion sooner.

If this motion is denied, I can shift gears and finish the opening brief by April 11 but it will come a high personal cost and I don't know that it would be my best work product. To finish by April 11, I would need to focus on little else until then and make this a priority over all other matters (family, profession, or otherwise). This would include cancelling a long-planned trip with my kids from April 9-11, the first weekend of their spring break. I'd like to avoid cancelling that if possible.

For these reasons, I respectfully request that the Court grant Appellant's motion for an extension of time to file its opening brief.

Motion for Writ of Mandate

-3-

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 6, 2022

Chad D. Morgan

MOTION FOR WRIT OF MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 21-56295

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Form 14 - Motion for Extension of Time

**Signature** | s/Chad Morgan  **Date** | April 6, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 15** *Rev. 12/01/2018*