FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOVING OXNARD FORWARD, INC., | No. 21-56295 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-04122-CBM-AFM Central District of California, Los Angeles |
| v. | |
| LOURDES LOPEZ, in her official capacity as City Clerk for the City of Oxnard, | **ORDER** |
| Defendant-Appellee, | |
| and | |
| DOES, 1 through 25, inclusive, | |
| Defendant. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.