UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MOVING OXNARD FORWARD, INC., | No.    21-56295 |
| Plaintiff-Appellant, | D.C. No. |
| v. | 2:20-cv-04122-CBM-AFM<br>Central District of California,<br>Los Angeles |
| LOURDES LOPEZ, in her official capacity<br>as City Clerk for the City of Oxnard, | ORDER |
| Defendant-Appellee, | |
| and | |
| DOES, 1 through 25, inclusive, | |
| Defendant. | |

One or more judges on the en banc court have requested briefing on the following issue:

1. Whether *Montana Right to Life Ass'n v. Eddleman*, 343 F.3d 1085 (9th Cir. 2003), and *Lair v. Motl*, 873 F.3d 1170 (9th Cir. 2017), should be overruled to the extent that they articulate the threshold showing that a governmental defendant must make to justify any level of limitation on campaign contributions.

The parties are ordered to file supplemental briefs, not to exceed 15 pages or 4,200 words, no later than July 7, 2025.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2