UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 08 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MOVING OXNARD FORWARD,
INC.,

                Plaintiff - Appellant,

  v.

LOURDES LOPEZ, in her official
capacity as City Clerk for the City of
Oxnard,

                Defendant - Appellee,

  and

DOES, 1 through 25, inclusive,

                Defendant.

No. 21-56295

D.C. No. 2:20-cv-04122-CBM-AFM
U.S. District Court for Central
California, Los Angeles

**ORDER**

The supplemental brief submitted on July 7, 2025 is filed.

Within 7 days of this order, appellant is ordered to file 18 copies of the brief

in paper format with tan covers, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT