U.S. Court of Appeals Docket No. 21-56295
Lower Court Docket No.  2:20-cv-04122-CBM-AFM

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

### MOVING OXNARD FORWARD, INC.,
*Plaintiff and Appellant,*

### vs.

### LOURDES LOPEZ, in her official capacity as City Clerk for the City of Oxnard,,
*Defendant and Appellee.*

---

## Motion to File Late Brief; Declaration of Christina Rothwell

---

On Appeal From Order
Of The United States District Court
For The Central District of California
The Honorable Consuelo B. Marshall, District Judge

---

Holly O. Whatley
hwhatley@chwlaw.us
Liliane M. Wyckoff
lwyckoff@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 E. Colorado Boulevard, Suite 850
Pasadena, California 91101-2109
Telephone: (213) 542-5700
Facsimile: (213) 542-5710

Attorneys for Lourdes Lopez, in her official capacity as City Clerk for the City of Oxnard

404447.1

Petitioner and Appellee Lourdes Lopez, in her official capacity as City Clerk for the City of Oxnard ("City") respectfully requests this Court find good cause under Federal Rule of Appellate Procedure 26 (b) to permit the late filing of the City's Supplemental Brief per Court Order.

On June 16, 2025 (Dkt 55) the Court of Appeals ordered the parties to file supplemental briefs by July 7, 2025. In accordance with that order, the City attempted multiple times on July 7, 2025 to file its supplemental brief. However, on each occasion, the City's counsel received an error message stating the ACMS and CM/ECF case management systems were down and e-filing was not available. (Declaration of Christina Rothwell, ¶ 2.) After signing into the E-Filer Portal, counsel was unable to e-file under this case number.

Counsel's legal assistant attempted multiple times on July 7, 2025 to contact the Court for assistance in filing the supplemental brief given the outage notification and the inability to access the case on the E-Filer Portal. (See Declaration of Christina Rothwell, ¶¶ 2–7 & Exhs. 1–2.) Ms. Rothwell did not receive a response until 8:36 a.m. on July 8, 2025, instructing her to use the CM/ECF e-filing system. Ms. Rothwell promptly filed the supplemental brief at 8:45 a.m. following the instructions provided.

The City's counsel regrets its error, but respectfully submits that good cause exists under Rule 26 (b) for this Court to excuse the

404447.1                                     1

late filing. The system notice on the E-Filer Portal stated that both ACMS and the CM/ECF systems were unavailable. The City's counsel diligently attempted to contact the Court to obtain instructions on how to file the supplemental brief given the outage notice on the E-Filer Portal. And the delay was minimal, as the brief was filed promptly after those instructions were received. There is no prejudice to any other party, as the supplemental briefing order does not permit any responsive briefs.

The City respectfully requests the Court excuse the late filing and accept the City's supplemental brief.


DATED: July 8, 2025 **COLANTUONO, HIGHSMITH & WHATLEY, PC**



s/Liliane M. Wyckoff
HOLLY O. WHATLEY
LILIANE M. WYCKOFF
Attorneys for Lourdes Lopez, in her official capacity as City Clerk for the City of Oxnard

404447.1 2

**DECLARATION OF CHRISTINA M. ROTHWELL**

I, Christina M. Rothwell, declare as follows:

1. I am the Legal Assistant to Holly Whatley at Colantuono, Highsmith & Whatley, PC, attorneys of record for Lourdes Lopez, in her official capacity as City Clerk for the City of Oxnard ("City"). I have personal knowledge of the matters set forth herein and if called upon as a witness, I could competently testify thereto.

2. On July 7, 2025 I attempted multiple times to e-file the City's supplemental brief through the Ninth Circuit E-Filer Portal, starting at approximately 4:00 p.m. When I signed into the E-Filer Portal using the login information for Holly Whatley, I received a message stating that the CM/ECF and ACMS case management systems were unavailable due to a nationwide technical issue. After logging into the E-Filer Portal, I was unable to access any of Ms. Whatley's cases pending in the Ninth Circuit, which appeared to confirm that the system was still unavailable.

404447.1                                                      1

3.  At approximately 4:30 p.m. I called the Ninth Circuit's main line to confirm whether the case management systems were still unavailable, as reflected in the E-Filer Portal message. The line was busy, and I was unable to leave a message.

4.  At 4:41 p.m. I sent an email to questions@ca9.uscourts.gov to confirm that the e-filing systems were still unavailable. A true and correct copy of this email is attached hereto as Exhibit 1. I received an initial response at 5:02 p.m., and promptly responded at 5:30 p.m. with further information. I did not receive any further information on July 7, 2025.

5.  At 9:41 p.m. on July 7, 2025, I received a service email indicating that Moving Oxnard Forward had filed its supplemental brief. I again attempted to log in and file the City's supplemental brief, but received the same error message and was unable to select this case for e-filing.

6.  At 10:27 p.m. on July 7, 2025, I sent an email to efilerhelp@ca9.uscourts.gov with a copy of the supplemental brief

requesting assistance in filing the brief given the apparent continued outage of the e-filing system. A true and correct copy of this email is attached hereto as Exhibit 2.

7.     At 8:36 a.m. on July 8, 2025, I received a response from efilerhelp@ca9.uscourts.gov instructing me to use the CM/ECF system to file the supplemental brief. I did so at 8:45 a.m.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed on this 8th day of July, 2025, at Pasadena, California.

_____

Christina M. Rothwell

# EXHIBIT 1

| | |
|---|---|
| **From:** | Christina M. Rothwell |
| **To:** | Questions CA09Operation |
| **Cc:** | Christina M. Rothwell |
| **Subject:** | ACMS System |
| **Date:** | Monday, July 7, 2025 4:41:16 PM |
| **Attachments:** | image001.png |

Good afternoon.  I was asked to confirm that the ACMS system is still down, as reflected in the message I received when logging on to the 9th Circuit.

The main number of the Court is reporting busy.

**Christi M. Rothwell**
*Legal Assistant*
**Colantuono, Highsmith & Whatley, PC**
790 E. Colorado Blvd., Ste. 850 | Pasadena, CA 91101
**Direct** 213-600-2366 | **Main** 213-542-5700 | **Fax** 213-542-5710
crothwell@chwlaw.us | www.chwlaw.us

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Christina M. Rothwell <crothwell@chwlaw.us>
**Sent:** Monday, July 7, 2025 4:15 PM
**To:** Christina M. Rothwell <crothwell@chwlaw.us>
**Subject:** Sent from Snipping Tool



**9TH CIRCUIT COURT OF APPEALS**
E - F I L E R   P O R T A L

Due to a nationwide technical issue on July 3, 2025, the Ninth Circuit's case management systems are unavailable. This effects both CM/ECF and ACMS. The Administrative Office of the Courts is actively working on the issue.

- For all emergency filings needed to be docketed under Ninth Circuit Rule 27-3: litigants may email the PDF to EFilerHelp@ca9.uscourts.gov and the court will manually file the document.
- For all non-emergency filings: litigants should check back after 3pm PDT today. If the case management systems are still unavailable after 3pm PDT on July 3, 2025, the court will sua sponte extend the deadlines for filings due today under Fed. R. App. P. 26(a)(3).

**SCHEDULED MAINTENANCE WINDOW:** ACMS may be unavailable from 8:00AM to 12:00 PM Pacific Time every Saturday for system maintenance.

**NOTICE TO USERS:** *This is a restricted government system for official judiciary business only. All activities on this system for any purpose, and all access attempts, may be recorded and monitored or reviewed by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance, and appropriate management by the judiciary of its systems. By using this system or any connected system, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. Any evidence of unlawful activity, including unauthorized access attempts, may be reported to law enforcement officials.*

9th Circuit E-Filer Portal

# EXHIBIT 2

| | |
|---|---|
| **From:** | Christina M. Rothwell |
| **To:** | U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk |
| **Cc:** | Holly Whatley; Lili Wyckoff; Christina M. Rothwell |
| **Subject:** | FW: 21-56295 Moving Oxnard Forward, Inc. v. Lourdes Lopez, et al "Brief on the Merits (Opening, Answering, Reply, Supplemental, etc)" |
| **Date:** | Monday, July 7, 2025 10:26:56 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 2025-07-07 Supplemental Brief for En Banc.pdf |

To Whom It May Concern,

I have attempted several times today to file and serve the attached Supplemental Brief Per Court Order in the above-referenced case.

I attempted just a few minutes ago, after receiving notification of the filing of Appellant's Supplemental Brief. I am still receiving the message about a nationwide technical error causing the case management systems to be unavailable, and I have not been able to access the case after logging on with Holly Whatley's credentials.

I am writing to document our attempts at accessing the ACMS, as today is the deadline for the parties to submit supplemental briefs in this matter.

Best regards,

**Christi M. Rothwell**
*Legal Assistant*
**Colantuono, Highsmith & Whatley, PC**
790 E. Colorado Blvd., Ste. 850 | Pasadena, CA 91101
**Direct** 213-600-2366 | **Main** 213-542-5700 | **Fax** 213-542-5710
crothwell@chwlaw.us | www.chwlaw.us

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.





Due to a nationwide technical issue on July 3, 2025, the Ninth Circuit's case management systems are unavailable. This effects both CM/ECF and ACMS. The Administrative Office of the Courts is actively working on the issue.

- For all emergency filings needed to be docketed under Ninth Circuit Rule 27-3: litigants may email the PDF to EFilerHelp@ca9.uscourts.gov and the court will manually file the document.
- For all non-emergency filings: litigants should check back after 3pm PDT today. If the case management systems are still unavailable after 3pm PDT on July 3, 2025, the court will sua sponte extend the deadlines for filings due today under Fed. R. App. P. 26(a)(3).

**SCHEDULED MAINTENANCE WINDOW:** ACMS may be unavailable from 8:00AM to 12:00 PM Pacific Time every Saturday for system maintenance.

**NOTICE TO USERS:** *This is a restricted government system for official judiciary business only. All activities on this system for any purpose, and all access attempts, may be recorded and monitored or reviewed by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance, and appropriate management by the judiciary of its systems. By using this system or any connected system, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. Any evidence of unlawful activity, including unauthorized access attempts, may be reported to law enforcement officials.*

9th Circuit E-Filer Portal

---

**From:** ca9_ecfnoticing@ca9.uscourts.gov <ca9_ecfnoticing@ca9.uscourts.gov>
**Sent:** Monday, July 7, 2025 9:40 PM
**To:** Holly Whatley <hwhatley@chwlaw.us>
**Subject:** 21-56295 Moving Oxnard Forward, Inc. v. Lourdes Lopez, et al "Brief on the Merits (Opening, Answering, Reply, Supplemental, etc)"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 07/07/2025 at 9:40:21 PM Pacific Daylight Time and filed on 07/07/2025

| | |
|---|---|
| **Case Name:** | Moving Oxnard Forward, Inc. v. Lourdes Lopez, et al |
| **Case Number:** | 21-56295 |
| **Document(s):** | Document(s) |

**Docket Text:**
Submitted (ECF) Supplemental Brief for review. Submitted by Appellant Moving Oxnard Forward, Inc.. Date of service: 07/07/2025. [12933452] [21-56295] (Morgan, Chad)

**Notice will be electronically mailed to:**

Liliane M. Wyckoff: lwyckoff@chwlaw.us
Chad D. Morgan, AT: chad@chadmorgan.com
Ms. Holly Whatley, Attorney: hwhatley@chwlaw.us, mobaminassian@chwlaw.us, crothwell@chwlaw.us

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Appellant's Supplemental Brief.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/07/2025] [FileNumber=12933452-0]
[0d8a7e05377738bd7912443d0440ae451a7f2305b6698bcbc28ca45dde79094a79c8cde02b182fbbd9bdf1072633e6cbebbb18f27281012e75da180139eaf2a7]]